IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
LAREDO DIVISION

| | | |
|---|---|---|
| ANA AMBROSIO, § | | |
|     Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 5:23-cv-70 |
| § | | |
| TRANSPORTES DE CARGA FEMA, § | | |
| S.A. DE C.V. and MARCO ANTONIO § | | |
| SALGADO MARTINEZ, § | | |
|     Defendants. § | | |

## Defendant Transportes de Carga FEMA, S.A. de C.V.'s Notice of Removal

To the Honorable Judges of the United States District Court for the Southern District of Texas, Laredo Division:

    Defendant, Transportes de Carga FEMA, S.A. de C.V., files this notice of removal under 28 U.S.C. § 1446(a). Defendant hereby removes suit from a state court, the 341st District Court of Webb County, Texas, which has docketed this suit as Cause No. 2023CVA000625D3.

## I. Introduction

    1.1    Plaintiff, Ana Ambrosio, is a resident of Webb County, Texas, U.S.A.

    1.2    Defendant, Transportes de Carga FEMA, S.A. de C.V., is an entity incorporated under the laws of Mexico, having its principal place of business now and at the time this action was commenced at its headquarters Carr. Aeropuerto Piedras Negras, Km. 0.440, Nuevo Laredo, Tamaulipas, Mexico C.P. 88298. Transportes de

Carga FEMA, S.A. de C.V. is now and was at the time this action was domiciled in Mexico and no other state.

1.3     Defendant, Marco Antonio Salgado Rodriguez, is a resident and citizen of Mexico. His address is 5523 Castano Nuevo Laredo, Tamaulipas, Mexico 88000.

1.4     Plaintiff filed her suit against defendants on May 2, 2023. The citation and petition in this action have not yet been served upon Transportes de Carga FEMA, S.A. de C.V.[1] Therefore, this notice of removal is timely filed under 28 U.S.C. § 1446(b). *Bd. Of Regents of Univ. of Tex. Sys. V. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007); see also *Monterey Mushrooms, Inc.* v. Hall, 14 F. Supp. 2d 988, 991 (S.D. Tex. 1998) (the statutory period for removal begins to run from the time a defendant actually receives a copy of the pleadings and not when the statutory agent receives process).

## II. Basis for Removal

2.1     Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a). Each defendant is now, and was at the time the suit was commenced, diverse in citizenship from every plaintiff. No defendant is or was at the time the suit was commenced a citizen of Texas. Plaintiff is, and was at the time the suit was commenced, a citizen of Texas. Transportes de Carga FEMA, S.A. de C.V. and Marco Antonio Salgado Rodriguez are, and were at the time the suit was commenced, citizens of Mexico and not a citizen of any other state. Additionally, the amount in controversy exceeds $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a). In *Plaintiff's*

---

[1] Plaintiff's counsel served the citation and original petition upon the Texas Secretary of State at 1019 Brazos St., Austin, Texas 78501 on June 15, 2023. These have not yet been delivered by the Texas Secretary of State to Transportes de Carga FEMA, S.A. de C.V., and so these have not yet been served.

*Original Petition,* plaintiff seeks monetary relief over $1,000,000. *Exh. A.* Therefore, the amount in controversy demanded by plaintiff exceeds $75,000.

2.2  All defendants consent to the removal of this case to federal court. 28 U.S.C. § 1446(b)(2)(A).

2.3  Venue is proper in this district under 28 U.S.C §1441(a) because the state court where the suit has been pending is located in this district.

2.4  In addition, as required by Local Rule 81 and 28 U.S.C. § 1446(a), attached hereto as **Exhibit A** is an Index of Matters Being Filed along with the required attachments and all process, pleading, and orders served in the action. Please further see the List of All Counsel of Record attached as **Exhibit B.**

2.5  Defendant will promptly file a copy of this notice of removal with the clerk of the state court where the suit has been pending.

### III. Jury Demand

3.1  Plaintiff did demand a jury in the state-court suit.

### IV. Conclusion

4.1  Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because the plaintiff and defendants are diverse in citizenship.

4.2  In accordance with the above, defendant, Transportes de Carga FEMA, S.A. de C.V., prays that this Court enter such further orders and grant such further relief as may be necessary to secure removal herein and to prevent further proceedings in the 341st District Court of Webb County, Texas, where the case is pending now, and for such

other and further relief, general and special, legal and equitable, to which it may show itself to be justly entitled.

>Respectfully submitted,
>
>**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**
>
>By: */s/ James H. Hunter, Jr.*
>     James H. Hunter, Jr.
>     Attorney-In-Charge
>     Federal I.D. No. 15703
>     Texas State Bar No. 00784311
>     55 Cove Circle
>     Brownsville, Texas 78521
>     Tel. (956) 542-4377
>     Fax (956) 542-4370
>     Email: jim.hunter@roystonlaw.com
>     **Attorneys for Defendant,
>     TRANSPORTES DE CARGA FEMA,
>     S.A. DE C.V.**

OF COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

Shauna A. Lozano
Federal ID No. 3151244
Texas State Bar No. 24106229
55 Cove Circle
Brownsville, TX 78523
Telephone: (956) 542-4377
Facsimile: (956) 542-4370
Email: shauna.lozano@roystonlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing document was served to all known counsel of record via regular mail on July 11, 2023.

    Jon B. Olson
    Thomas J. Henry Law, PC
    5711 University Heights Blvd., Suite 101
    San Antonio, Texas 78249
    *Attorneys for Plaintiff*

    */s/ James H. Hunter, Jr.*
    Of Royston, Rayzor, Vickery & Williams, L.L.P.